NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REBECCA M. CROSS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3158

---

Petition for review of the Merit Systems Protection Board in case no. SL831E880232-C-1.

---

**ON MOTION**

---

**O R D E R**

Rebecca M. Cross moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 2 0 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Rebecca M. Cross
Devin A. Wolak, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 0 2010

**JAN HORBALY**
**CLERK**